UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARBARA J. SCHULTZ,

    Plaintiff,

v().                              Case No: 8:15-cv-2897-T-36JSS

BRIGHT HOUSE NETWORKS, LLC and
CREDIT PROTECTION ASSOCIATION,
L.P.,

    Defendants.
_____/

## **O R D E R**

Before the Court is the Joint Stipulation of Dismissal with Prejudice (Doc. 27).  In accord with the Joint Stipulation of Dismissal with Prejudice, it is **ORDERED AND ADJUDGED** as follows:

1)    The Joint Stipulation of Dismissal with Prejudice is **APPROVED** (Doc. 27).

2)    This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

3)    The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on March 22, 2017.

*[signature: Charlene Edwards Honeywell]*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record